IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

           Plaintiff,

v.

CECIBEL GHILINO,

           Defendant.

ORDER

Case No. 12-cr-165-bbc-2

---

The defendant in the above-entitled case has been:

\_\_\_\_\_ convicted of the charge against him and no appeal is pending. Therefore, it is directed that the passport be transferred to the State Department.

The State Department is not to reissue a passport without approval of U.S. Probation.

\_\_\_\_\_ convicted of the charge against him and no appeal is pending. Therefore, it is directed that the passport be transferred to the ICE Regional Office, Milwaukee, Wisconsin.

__X__ acquitted of the charge against her and/or the charge against her has been dismissed. Therefore, it is directed that the passport be returned to the defendant or her authorized representative.

\_\_\_\_\_ Defendant deceased. Therefore, it is directed that the passport be returned to the State Department.

\_\_\_\_\_ Defendant deceased. Therefore, it is directed that the passport be returned to the ICE Regional Office.

Date: __8-28-13__.

BY THE COURT:

_/s/ Stephen L. Crocker_

STEPHEN L. CROCKER
Magistrate Judge